# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert L. Smith,

    Plaintiff(s),

vs.

Michael J. Astrue,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-277

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/10/2008 Order.

Signed: June 10, 2008

Frank G. Johns, Clerk
United States District Court